

# Alexandre Law Firm, P.C.
136-20 38ᵗʰ Ave., Ste 10F
Flushing, NY 11354
Phone: 718-305-1660 Fax: 407- 370-6970
www.alexandrelaw.com / info@alexandrelaw.com

___

<u>VIA ECF</u>                                                                                                          October 3, 2022
The Honorable Jesse M. Furman
United States District Judge
United States District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

  **Re:** *Lei Guo v. Jaddou, et al*., No. 22 Civ. 6688 (JMF)

Dear Honorable Judge Furman:

Alexandre Law Firm, P.C., represents Plaintiff Lei Guo in the above-referenced action.

Plaintiff, by and through undersigned counsel, humbly requests the this Honorable Court permanently seal, and allow Counsel to file the redacted version of SDNY CM/ECF **Docket Entry # 2**, "COMPLAINT IN THE NATURE OF MANDAMUS against Ur Mendoza Jaddou, Alejandro Mayorkas, Patricia A. Menges, Tracy Renaud, U.S. Citizenship and Immigration Services, U.S. Department of Homeland Security, Michael Valverde (Filing Fee $ 402.00, Receipt Number ANYSDC-26512935).Document filed by Lei Guo. (**Attachments: # 1** Exhibit Mandamus Exhibits 1, # 2 Exhibit Mandamus Exhibits 2).(Alexandre, Felipe) (Entered: 08/05/2022)".

Counsel requests that the Court also permanently seal the Attachments to Docket Entry # 2.

Counsel for Plaintiff inadvertently failed to file a redacted version of Docket Entry # 2, including attachments, pursuant to FRCP Rule 5.2(a). The filings include personal identifiers, such as dates of birth and social security numbers. A grant of this request would allow Plaintiff's counsel to file a redacted version of Docket Entry # 2 in compliance with the rules. Plaintiff's counsel apologizes to the Court for above-mentioned oversight.

This is the first such request made by Plaintiff in the above-captioned matter. Defendants' Counsel consents to this request.

We thank the Court for its consideration of this letter.

                   Respectfully submitted,

                   /s/ Felipe Alexandre_____
                   Felipe Alexandre, Esq.
                   ***Alexandre Law Firm, P.C.***

> Application GRANTED. Counsel for Plaintiff is directed to promptly file redacted, unsealed copies of the Complaint and Attachments on ECF. Counsel is encouraged to ensure that all private information is redacted from these and any future filings, in compliance with the Southern District's ECF Privacy Policy, available at https://www.nysd.uscourts.gov/sites/default/files/pdf/egovtact042005.pdf. The Clerk of Court is directed to change the viewing restrictions for ECF No. 2 to parties and Court only and to terminate ECF No. 19.
>
> SO ORDERED.
>
> *[signature]*
>
> October 4, 2022

136-20 38th Avenue, Suite 10F
Flushing, NY 11354
Telephone: (718) 305-1660
Fascimile: (407) 370 6970